MIDSTATES RESOURCES CORPORATION *v.* REX K.
COLLUM ET AL.
(AC 17448)

Lavery, Spear and Dupont, Js.

Argued January 22—officially released February 17, 1998

Per Curiam. The judgment is affirmed and the case
is remanded for the purpose of setting new law days.

THEODORE LENCZYK *v.* CONNECTICUT DENTAL
COMMISSION ET AL.
(AC 16815)

Foti, Schaller and Spear, Js.

Argued January 22—officially released February 17, 1998

Per Curiam. The judgment is affirmed.

KWEKU J. HANSON *v.* STATEWIDE GRIEVANCE
COMMITTEE
(AC 16907)

O'Connell, C. J., and Hennessy and Stoughton, Js.

Argued January 26—officially released February 17, 1998

Per Curiam. The judgment is affirmed.